UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SLITI v. BUSH** | ) | **Civil Case No. 05-0429 (RJL)** |
| **KABIR v. BUSH** | ) | **Civil Case No. 05-0431 (RJL)** |
| **AL KHAIY v. BUSH** | ) | **Civil Case No. 05-1239 (RJL)** |
| **AL GINCO v. BUSH** | ) | **Civil Case No. 05-1310 (RJL)** |
| **AL BIHANI v. BUSH** | ) | **Civil Case No. 05-1312 (RJL)** |
| **GHAZY v. BUSH** | ) | **Civil Case No. 05-2223 (RJL)** |
| **RUMI v. BUSH** | ) | **Civil Case No. 06-0619 (RJL)** |

## SCHEDULING ORDER
(November 28, 2008)

It is hereby **ORDERED** that, pursuant to the Case Management Orders entered this date in the above-captioned cases, the following schedule will apply for the following petitioners:

| **Petitioner** | **Case No.** | **Discovery Deadline** | **Traverse Deadline** | **Habeas Proceeding** |
|---|---|---|---|---|
| Adel Al Hakeemy | 05cv0429 | Dec. 19, 2008 | Dec. 22, 2008 | Jan. 7, 2009 |
| Hedi Hamamy | 05cv0429 | Dec. 19, 2008 | Dec. 22, 2008 | Jan. 8, 2009 |
| Abdulrahim Abdul Razak Al Ginco | 05cv1310 | Dec. 22, 2008 | Dec. 26, 2008 | Jan. 9, 2009 |
| Ghaleb Nassar Al Bihani | 05cv1312 | Dec. 22, 2008 | Dec. 26, 2008 | Jan. 12, 2009 |
| Ayman Mohammed Ahmed Al Shurfa | 05cv0431 | Dec. 24, 2008 | Dec. 29, 2008 | Jan. 13, 2009 |

| **Petitioner** | **Case No.** | **Discovery Deadline** | **Traverse Deadline** | **Habeas Proceeding** |
|---|---|---|---|---|
| Ali Adel Motaleb Aweid Al Khaiy | 05cv1239 | Dec. 29, 2008 | Jan. 2, 2009 | Jan. 14, 2009 |
| Fahd Abdullah Ahmed Ghazy | 05cv2223 | Dec. 29, 2008 | Jan. 2, 2009 | Jan. 15, 2009 |
| Abbas Abid Rumi | 06cv0619 | Dec. 29, 2008 | Jan. 2, 2009 | Jan. 16, 2009 |

**SO ORDERED.**

/s/
RICHARD J. LEON
United States District Judge